# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 1:00-CR-5204 AWI-3** |
| **Plaintiff** | |
| v. | **ORDER FOR THE UNITED STATES TO RESPOND TO MOTION FOR RECONVEYANCE OF PROPERTY** |
| **ROMEL OJEDA BELTRAN,** | |
| **Defendant** | |

On October 26, 2021, third party Maria G. Serrano filed a motion for reconveyance to release title. See Doc. No. 79. The motion is in reference to a deed of trust for Romel Ojeda-Beltran regarding property located at 532 Merelson Ct., Lathrop, CA, that was conveyed to the Court in July 2000. See Doc. No. 44.[1] The deed was posted by Romel Ojeda-Beltran and Maria Ojeda. See id. The indictment against Romel Ojeda-Beltran was dismissed in June 2013. See Doc. No. 78.

Given the fact that the indictment against Romel Ojeda-Beltran was dismissed, and that no proceedings against Romel Ojeda-Beltran are on-going, there appears to be no basis for holding the deed of trust. However, the deed of trust in this case was conveyed by Romel Ojeda and Maria Ojeda, the name "Maria G. Serrano" is not on the deed of trust. See Doc. No. 44. Substantial lapses of time are involved in this case, from the posting of the deed of trust, to dismissal of the indictment, and the motion filed only days ago. Considering the passage of time, Maria G. Serrano may be the Maria Ojeda who conveyed the deed of trust. However, further information is needed. The Court will order Maria G. Serrano to explain whether she is Maria Ojeda, i.e. the

---

[1] The docket reflects that the property is located in "Latrhop." See Doc. No. 44. This was a typo, the city in question is Lathrop. See Doc. No. 75.

1 person who conveyed the deed of trust and explain her claim to be the owner of the property at
2 532 Merelson Ct., Lathrop, CA.

3     Additionally, the Court will order the United States to respond to the motion by Maria G.
4 Serrano. However, a review of the docket indicates that the attorneys who appeared in this case
5 for the United States are no longer an Assistant United States Attorneys. Therefore, in order to
6 ensure that the United States has adequate notice and an opportunity to respond, the Court will
7 order the Clerk to serve a copy of this order on current Assistant United States Attorneys Kim
8 Sanchez and Henry Carbajal. While neither Ms. Sanchez nor Mr. Carbajal will be ordered to
9 appear in this case, the Court anticipates that Ms. Sanchez or Mr. Carbajal will ensure that a
10 current Asssistant United States Attorney will review this matter and file a response.

11     Finally, the Court notes that Maria G. Serrano filed her motion for reconveyance pro se.
12 While the United States does not represent Maria G. Serrano, the Court will order the United
13 States to reach out to Maria G. Serrano for the purpose of possibly entering into a stipulation that
14 would clarify Maria G. Serrano's interest in 532 Merelson Ct. and resolve her motion for
15 reconveyance of property.

16
17     **<u>ORDER</u>**
18     Accordingly, IT IS HEREBY ORDERED that:
19 1. As soon as possible, Maria G. Serrano shall file a clarification that explains her purported
20     ownership interest in the property located at 532 Merelson Ct., Lathrop, CA 95330,
21     including any relationship that she may have to Maria Ojeda and Romel Ojeda;
22 2. As soon as possible, the United States shall attempt to contact Maria G. Serrano for the
23     purpose of obtaining clarification of Maria G. Serrano's interest in 532 Merelson Ct.,
24     Lathrop, CA 95330 and to attempt to reach a possible stipulation regarding the deed of
25     trust on 532 Merelson Ct., Lathrop, CA 95330 (Doc. No. 44);
26 3. Within (21) days of service of this order, the United States shall file a response to Maria G.
27     Serrano's request for reconveyance and ensure that Maria G. Serrano be served with a
28     copy of the response;

4. The Clerk shall serve a copy of this order on Asistant United States Attorneys Kim Sanchez and Henry Carbajal; and

5. The Clerk shall serve a copy of this order on Maria G. Serrano at the following address: 532 Merelson Ct., Lathrop, CA 95330

IT IS SO ORDERED.

Dated:   October 29, 2021

SENIOR DISTRICT JUDGE