UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff<br><br>v.<br><br>**ROMEL OJEDA BELTRAN,**<br><br>Defendant | CASE NO. 1:00-CR-5204 AWI-3<br><br>**ORDER ON MOTION FOR RECONVEYANCE OF PROPERTY HELD THROUGH DEED OF TRUST NO. 00077330**<br><br>(Doc. Nos. 44, 79) |

On October 26, 2021, third party Maria G. Serrano filed a motion for reconveyance to release title. See Doc. No. 79. The motion is in reference to a deed of trust (Deed of Trust No. 00077330) for Romel Ojeda-Beltran regarding property located at 532 Merelson Ct., Lathrop, CA, that was conveyed to the Court in July 2000. See Doc. No. 44.[1] The deed was posted by Romel Ojeda-Beltran and Maria Ojeda. See id. The indictment against Romel Ojeda-Beltran was dismissed in June 2013. See Doc. No. 78.

Although no basis appeared in the record for continuing to hold the deed of trust, the Court had questions regarding the interest that Maria G. Serrano had in the property because that name is not on the deed of trust. Therefore, the Court ordered Maria G. Serrano to clarify her interest in the property and for the United States to contact Maria G. Serrano. See Doc. No. 80.

In November 2021, the United States' attorney represented that she spoke with Maria G. Serrano through interpretation performed by Serrano's son. See Doc. No. 81. The United States responded that Romel Ojeda-Beltran was deceased, Maria G. Serrano represented that Romel Ojeda-Beltran was her husband, Maria G. Serrano co-owned the property, and that the United States had no objections to reconveying the deed of trust. See Doc. No. 81.

---

[1] The docket reflects that the property is located in "Latrhop." See Doc. No. 44. This was a typo, the city in question is Lathrop. See Doc. No. 75.

In February 2022, Maria G. Serrano responded to the Court and submitted documents that indicated *inter alia* that Maria G. Serrano had been married to Romel Ojeda-Beltran. See Doc. Nos. 82, 83.

In light of the fact that Romel Ojeda-Beltran is deceased and that there has been no charges against him since 2013, there is no reason for the Court to continue to hold the deed of trust on the Latrhop property. Further, the Court is satisfied that it is appropriate to grant Maria G. Serrano's motion to reconvey. Prior to the request to reconvey in October 2021, there had been no activity or filings in this case since June 2013. The documents submitted by Maria G. Serrano indicate that she was married to Romel Ojeda-Beltran and supports the conclusion that she is the "Maria Ojeda" that is listed on the deed of trust. Finally, Maria G. Serrano's contact address is the address of the property in question. In the absence of any objections by the United States, the Court will grant Maria G. Serrano's request to reconvey the deed of trust.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Maria G. Serrano's motion to reconvey the deed of trust for property located at 532 Merelson Ct., Lathrop, CA (Doc. No. 79) is GRANTED; and
2. The property located at located at 532 Merelson Ct., Lathrop, CA 95330 through Deed of Trust No. 00077330 is RELEASED AND RECONVEYED to Maria G. Serrano; and
3. The Clerk shall serve a copy of this order on Maria G. Serrano at the following address: 532 Merelson Ct., Lathrop, CA 95330.

IT IS SO ORDERED.

Dated: March 23, 2022

SENIOR DISTRICT JUDGE